## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONNY BAEZ,<br><br>      *Plaintiff*,<br><br>  *v.*<br><br>BUBBZ & SUDDZ DETAILING, LLC, *et. al*.,<br><br>      *Defendants*. | **Civil Action No.** 2:24-cv-06431-JKS-MAH<br><br>**STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Filed Electronically* |

  **WHEREAS**, Plaintiff RONNY BAEZ ("Plaintiff") caused a Complaint to be filed in this Court on May 24, 2024 against BUBBZ & SUDDZ DETAILING, LLC, BUBBZ & SUDDZ PERFORMANCE AUTO SPA, LLC, and MICHAEL PODELL (collectively, "Defendants") (collectively, Plaintiff and Defendants referred to herein as the "Parties"); and

  **WHEREAS**, the Parties have a genuine dispute regarding Plaintiff's claims; and

  **WHEREAS**, the Parties reached an agreement amicably resolving their dispute;

  **NOW THEREFORE**, pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendants, having reached an agreement amicably resolving their dispute, and the Parties appearing through counsel, hereby stipulate, based on the commitment of the parties, as follows:

  1.  Plaintiff dismisses this matter with prejudice as to all Defendants;

  2.  Each party shall bear its own costs and fees, including attorneys' fees; and

  3.  This Court retains jurisdiction to enforce this Stipulation and Order of Dismissal, and any other agreements between the Parties related to this Stipulation and Order of Dismissal.

**IT IS SO ORDERED** on this 27th day of January, 2025

*/s/ Jamel K. Semper, U.S.D.J.*

**HON. JAMEL K. SEMPER, U.S.D.J.**

The form and substance of this Order is hereby consented to by:

| | |
|---|---|
| **HARRISON, HARRISON & ASSOC.** | **CHASAN LAMPARELLO MALLON & CAPPUZZO, PC** |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| /s/ David Harrison | /s/ Cheyne Scott |
| David Harrison, Esq. | Cheyne Scott, Esq. |
| Date: January 27, 2025 | Date: January 27, 2025 |